IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-01272-AP**

**COLORADO WILD, a Colorado non-profit corporation, and
WILDEARTH GUARDIANS, a New Mexico non-profit corporation,**

    Petitioners,

v.

**TOM VILSACK, in his official capacity as the Secretary of Agriculture,
ABIGAIL KIMBELL, in her official capacity as the Chief Forrester of the U.S. Forest Service,
THOMAS MALECEK, in his official capacity as District Ranger for the Rio Grande National Forest, and
UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture,**

    Respondents.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Unopposed Motion for Extension of Time to Amend the Joint Case Management Plan (doc. #27), filed February 3, 2010, is **GRANTED**.  The deadline for filing Petitioners' Reply Brief is extended to February 16, 2010.

Dated:  February 3, 2010