IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 09-cv-01272-WJM

ROCKY MOUNTAIN WILD, a Colorado non-profit corporation, and
WILDEARTH GUARDIANS, a New Mexico non-profit corporation,

     Petitioners,

v.

TOM VILSACK, in his official capacity as the Secretary of Agriculture,
TOM TIDWELL, in his official capacity as the Chief Forester of the U.S. Forest Service,
THOMAS MALECEK, in his official capacity as District Ranger for the Rio Grande National Forest, and
UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture,

     Respondents.

## ORDER GRANTING JOINT MOTION TO LIFT STAY AND SET BRIEFING SCHEDULE

This matter is before the Court on the parties' Joint Motion to Lift Stay and Set Briefing Schedule filed December 17, 2012 (ECF No. 75).  The Court having reviewed the Motion and finding good cause exists the Court ORDERS as follows:

The parties' Join Motion is GRANTED.  The stay on briefing Petitioners' Motion for Attorneys' Fees is LIFTED.  The parties are DIRECTED to proceed with briefing on Petitioners' Motion for Attorneys' Fees according to the schedule below:

     February 19, 2013: Petitioners' opening brief due.

     April 5, 2013: Respondents' response brief due.

     May 3, 2013: Petitioners' reply brief due

Given the amount of time being allowed to the parties in this briefing schedule, they are placed on notice that the Court will not entertain any motion for an extension of any of the deadlines set forth in this Order.

Dated this 21st day of December, 2012.

BY THE COURT:

William J. Martínez
United States District Judge